**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00148-CV**
_____

**IN THE INTEREST OF L.A.**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 13-10-10868-CV**

**MEMORANDUM OPINION**

Reynaldo Alvarez, the appellant, moved to dismiss his appeal. When, as here, the appellant moves to dismiss, the Court may dismiss the appeal "unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled." *See* Tex. R. App. P. 42.1(a)(1). Because the exception in Rule 42.1 does not apply on this record, we grant the motion and dismiss the appeal.

APPEAL DISMSSED.

PER CURIAM

Submitted on October 20, 2021
Opinion Delivered October 21, 2021

Before Golemon, C.J., Horton and Johnson, JJ.

1